No. 92–6240.   MILLER ET AL. *v.* TUCKER ET AL.   C. A. 7th Cir. Certiorari denied.

No. 92–6255.   McCLUSKIE *v.* MAINE.   Sup. Jud. Ct. Me. Certiorari denied.

No. 92–6293.   BUTLER *v.* UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 92–6294.   BUSH *v.* LEGURSKY, WARDEN.   C. A. 4th Cir. Certiorari denied.

No. 92–6308.   IMRAN *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 92–6309.   ENNIS *v.* SCHUETZLE, WARDEN.   Sup. Ct. N. D. Certiorari denied.

No. 92–6310.   SOMES *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 92–6311.   PAYNE *v.* UNITED STATES; and
No. 92–6320.   JACKSON ET AL. *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.   Reported below: 968 F. 2d 1212.

No. 92–6312.   MOORE *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 92–6319.   ROUZARD *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 92–6322.   KULKOVIT *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 92–6324.   PETERSON *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 92–6329.   LUACES *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 92–6334.   CONTI *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 92–6341.   DOE *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 92–6342.   CARTER *v.* UNITED STATES.   C. A. 10th Cir. Certiorari denied.